UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIAZ-BERNAL, et al., | : | |
| | : | |
| V. | : | No. 3:09CV1734(SRU) |
| | : | |
| DHS, et al., | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, the United States of America, hereby requests that the Court grant an extension of time of four-three (43) days, from January 15, 2010, up to and including March 1, 2010 to file an answer or otherwise respond to the Plaintiffs' complaint.[1]  The defendant requests an extension of time because the undersigned counsel just entered his appearance in this matter and so that defendants may further investigate the factual and legal basis supporting plaintiffs' claims alleged in their complaint.  Additionally, the claims alleged in the complaint raise complicated issues of law.

This is the first motion to extend this time limitation.  Counsel for plaintiffs has indicated that they do not object to the granting of the instant motion.

                                        Respectfully submitted,
                                        NORA R. DANNEHY
                                        UNITED STATES ATTORNEY

                                        */s/ Douglas P. Morabito*
                                        DOUGLAS P. MORABITO
                                        Assistant U.S. Attorney
                                        Attorney Bar # ct 20962
                                        157 Church Street
                                        New Haven, CT 06510

---

[1] Counsel for plaintiffs and the defendants are working together to agree to dates regarding the answer and/or response date for the individually named defendants.

Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Douglas.Morabito@usdoj.gov

CERTIFICATION OF SERVICE

_____I hereby certify that on January 15th, 2010, a copy of the foregoing motion for extension of time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Douglas P. Morabito*
DOUGLAS P. MORABITO
Assistant U.S. Attorney
Attorney Bar # ct 20962
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Douglas.Morabito@usdoj.gov