**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

_____

DIAZ-BERNAL, et al.,                              )
                                                  )
      Plaintiffs,                        )
                                                  )
v.                                                )
                                                  )    3:09-cv-1734 (SRU)
MYERS, et al.,                                    )
                                                  )
      Defendants.                        )
_____ )

## NOTICE REGARDING SECOND AMENDED COMPLAINT

Plaintiffs have filed, with consent, a Second Amended Complaint in the present case

[Dkt. No. 43].  Because the Second Amended Complaint moots the Motion to Dismiss of the

Individual-Capacity Federal Defendants ("Motion to Dismiss") [Dkt. No. 38], Plaintiffs have not

filed a substantive response to the Motion to Dismiss at this time.


Dated May 21, 2010
New Haven, Connecticut

                         BY: _____/s/ _____
                         Muneer I. Ahmad, Esq., Federal Bar No. ct27221
                         Hope Metcalf, Esq., Federal Bar No. ct27184
                         Estella Cisneros, Law Student Intern
                         Anjali Dalal, Law Student Intern
                         Sara Edelstein, Law Student Intern
                         Ana Muñoz, Law Student Intern
                         Mark Pedulla, Law Student Intern
                         Hunter Smith, Law Student Intern

                         JEROME N. FRANK LEGAL SERVICES
                         Yale Law School
                         P.O. Box 209090
                         New Haven, Connecticut 06520
                         Phone: (203) 432-4800

                         *Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I herby certify that on May 21, 2010, a copy of the foregoing Notice Regarding Second Amended Complaint was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY: _____/s/ _____
Muneer I. Ahmad, Esq., Federal Bar No. ct27221

JEROME N. FRANK LEGAL SERVICES
ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800

*Counsel for Plaintiffs*