IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------------ x
: 
DIAZ-BERNAL et al.,                                                      :
                                                                         :   C.A. No. 3:09-cv-1734 (SRU)
               *Plaintiffs*,                                             :
                                                                         :   August 6, 2010
       v.                                                                :
                                                                         :
Myers et al.,                                                            :
                                                                         :
               *Defendants*.                                             :
                                                                         :
------------------------------------------------------------------------ X

**PLAINTIFFS' MOTION FOR ADMISSION OF
THOMAS J. MOLONEY AS A VISITING ATTORNEY**

Plaintiffs Diaz-Bernal, Baranda-Barreto, Cedeño-Trujillo, Colala-Peñarreta, Paredes-Mendez, Serrano-Mendez, Solano-Yangua, Trujillo-Mirafuentes, Trujillo-Morellano, Yangua-Calva, and Velasquez respectfully move pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for admission of Attorney Thomas J. Moloney as a visiting lawyer in this case.

As set forth in the accompanying affidavit executed by Thomas J. Moloney and appended hereto as Exhibit A:

1.      Attorney Moloney is a member of the law firm of Cleary, Gottlieb, Steen & Hamilton LLP, 1 Liberty Plaza, New York, New York 10006.

2.      Attorney Moloney is a member in good standing of the bar of the State of New York, and of the following Courts of the United States: the United States Supreme Court, the United States Courts of Appeals for the Second, Third, and Fourth Circuits, and the United States District Courts for the Eastern, Northern, and Southern Districts of New York.

3.      Attorney Moloney has not been denied admission or disciplined by this Court or any other court.

4. Attorney Moloney has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. This motion is accompanied by a check for $25.00 payable to the Clerk of this Court. The undersigned is a member in good standing of the Connecticut bar and of this Court.

WHEREFORE, Plaintiffs Diaz-Bernal, Baranda-Barreto, Cedeño-Trujillo, Colala-Peñarreta, Paredes-Mendez, Serrano-Mendez, Solano-Yangua, Trujillo-Mirafuentes, Trujillo-Morellano, Yangua-Calva, and Velasquez respectfully request that this Court grant Attorney Moloneypermission to appear as a Visiting Attorney in this action.

Respectfully submitted,

By: *Michael J. Wishnie /HAH*
Michael J. Wishnie (ct27221)
Supervising Attorney
JEROME N. FRANK LEGAL SERVICES ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800

*Counsel for Plaintiffs*

## **CERTIFICATION**

This is to certify that a copy of the foregoing motion was sent via express mail, this 6th day of August, 2010 to the following counsel of record:

John A. Woodcock
TORTS BRANCH
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
PO Box 888, Ben Franklin Station
Washington DC 20044
(202) 626-4233
(202) 616-5200

Christopher W. Dempsey
DISTRICT COURT SECTION, OFFICE OF IMMIGRATION LITIGATION
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
PO Box 868, Ben Franklin Station
Washington DC 20044
(202) 532-4110
(202) 305-7000

*Attorneys for the United States*

Jean M. Cunningham
TORTS BRANCH
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
PO Box 7146, Ben Franklin Station
Washington DC 20044
(202) 616-4164
(202) 616-4314

*Attorneys for Individual-Capacity Federal Defendants*

_____
Michael J. Wishnie

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIAZ-BERNAL et al., | x | |
| *Plaintiffs,* | : | C.A. No. 3:09-cv-1734 (SRU) |
| v. | : | August 6, 2010 |
| MYERS et al., | : | |
| *Defendants.* | : | |
| ------------------------------------------------------------------ | X | |

**AFFIDAVIT OF THOMAS J. MOLONEY IN SUPPORT OF
MOTION FOR ADMISSION AS A VISITING ATTORNEY**

STATE OF NEW YORK     )

): ss.:

COUNTY OF NEW YORK  )

I, Thomas J. Moloney, declare as follows:

1. I am a member of the law firm of Cleary, Gottlieb, Steen & Hamilton LLP, co-counsel for Plaintiffs Diaz-Bernal, Baranda-Barreto, Cedeño-Trujillo, Colala-Peñarreta, Paredes-Mendez, Serrano-Mendez, Solano-Yangua, Trujillo-Mirafuentes, Trujillo-Morellano, Yangua-Calva, and Velasquez in the above-captioned action. I submit this affidavit in support of a motion for an order for my admission as a visiting lawyer, pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure, to participate in motion practice, argument, trial and all other aspects of this action.

2. My office address is 1 Liberty Plaza, New York, New York, 10006. My phone number is 212-225-2460. My fax number is 212-225-3999. My e-mail is tmoloney@cgsh.com.

3.  I am a member in good standing of the bar of the State of New York, and of the following Courts of the United States: the United States Supreme Court, the United States Courts of Appeals for the Second, Third, and Fourth Circuits, and the United States District Courts for the Eastern, Northern, and Southern Districts of New York.

4.  I have not been denied admission or disciplined by this Court or any other court.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.  This affidavit is accompanied by a check for $25.00 payable to the Clerk of this Court, and an original appearance form.

_____
Thomas J. Moloney

Sworn to before me this
6 th day of August, 2010

_____
Notary Public

Amarilys Bernacet
No. 01BE6214282
Notary Public - State of New York
Qualified in Bronx County
Commission Expires December 7, 2013

2