UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------------- X
:
EDUARDO DIAZ-BERNAL, FLORENTE : Case No. 3:09-CV-
BARANDA-BARRETO, EDILBERTO CEDEÑO-TRUJILLO, : 1734 (SRU)
WASHINGTON COLALA-PEÑARRETA, :
JULIO SERGIO PAREDES-MENDEZ, :
CRISTOBAL SERRANO-MENDEZ, :
JOSE SOLANO-YANGUA, SILVINO TRUJILLO-MIRAFUENTES, :
GERARDO TRUJILLO-MORELLANO, :
EDINSON YANGUA-CALVA, and :
AMILCAR SOTO-VELASQUEZ, :
Plaintiffs, :
v. :
JULIE MYERS, Former Assistant Secretary of :
Homeland Security for Immigration and Customs :
Enforcement ("ICE"), JOHN TORRES, Former :
Director, ICE Office of Detention and Removal :
Operations ("DRO"), BRUCE CHADBOURNE, :
Field Office Director, ICE DRO Boston, JIM :
MARTIN, Deputy Field Office Director, ICE DRO, :
GEORGE SULLIVAN, Assistant Field Office :
Director, ICE DRO, WALTER WILKOWSKI, :
Resident Agent in Charge, ICE Office of :
Investigations, New Haven, CT, RICHARD :
MCCAFFREY, ICE Hartford Fugitive Operations :
Team ("HARFOT") Supervisory Detention and :
Deportation Officer, HARFOT Agents JAMES :
BROWN, RONALD PREBLE, STEPHEN :
RICCARDI, MICHELLE VETRANO-ANTUNA, :
and GEORGE LEWIS, ICE Agents BRIAN GEARY, :
DAVID HAMILTON, DEREK MOORE, DAVID :
OSTROBINSKI, DAVID REILLY, WILFREDO :
RODRIGUEZ, WILFRED VALENTIN, EDGAR :
VASQUEZ, JOHN DOES 1-10, and the UNITED :
STATES, :
Defendants. :
---------------------------------------------------------------------------- X

# DECLARATION OF JORGE G. TENREIRO

Pursuant to 28 U.S.C. § 1746, Jorge G. Tenreiro declares as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court and an associate at Cleary Gottlieb Steen & Hamilton LLP, counsel for plaintiffs Eduardo Diaz-Bernal, Florente Baranda-Barreto, Edilberto Cedeño-Trujillo, Washington Colala-Peñarreta, Julio Sergio Paredes-Mendez, Cristobal Serrano-Mendez, Jose Solano-Yangua, Silvino Trujillo-Mirafuentes, Gerardo Trujillo-Morellano, Edinson Yangua-Calva, and Amilcar Soto Velasquez ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Opposition to the United States' Renewed Partial Motion to Dismiss (Dkt. No. 47).

2. Attached to this declaration as Exhibits A through O are true and correct copies of the following documents:

| Ex. | Document |
| --- | --- |
| A | "Training Class and Year Completed" FOIA Document, ICE 3.009956 |
| B | U.S. Dep't of Homeland Sec., Bureau of Immigration and Customs Enforcement, DDFM Memorandum from Director Anthony S. Tangeman, dated Aug. 25, 2003 |
| C | U.S. Dep't of Homeland Sec., Office of Inspector General, "An Assessment of United States Immigration and Customs Enforcement's Fugitive Operations Teams" (Mar. 2, 2007) |
| D | U.S. Dep't of Homeland Sec., Immigration and Customs Enforcement, NFOP Memorandum from Assistant Secretary John Morton, dated Dec. 8, 2009 |
| E | U.S. Dep't of Justice, Immigration and Naturalization Service, "The Law of Arrest, Search and Seizure for Immigration Officers" (Jan. 1993) |
| F | U.S. Dep't of Homeland Sec., Immigration Customs Enforcement Academy, "Fugitive Operations Training Course Description, Student Requirements and Equipment List" |
| G | U.S. Immigration and Customs Enforcement Directive No. 8-1.0, Unified Training Strategy and Functions of the Office of Training and Development, issued Aug. 27, 2007 |
| H | U.S. Dep't of Homeland Sec., Immigration and Customs Enforcement, DDFM Mem. from Acting Director Victor X. Cerda, dated Dec. 10, 2004 |

| Ex. | Document |
|---|---|
| I | U.S. Dep't of Homeland Sec. Border and Transp. Sec. Directorate Immigration and Customs Enforcement Office of Detention and Removal, DETENTION AND DEPORTATION OFFICERS' FIELD MANUAL (2002) |
| J | U.S. Dep't of Homeland Sec., Immigration and Customs Enforcement, DDFM Memorandum from Acting Director John P. Torres, dated Mar. 27, 2006 |
| K | U.S. Dep't of Homeland Sec., Immigration and Customs Enforcement, DETENTION AND REMOVAL OPERATIONS, DRO OPERATION ORDER: OPERATION RETURN TO SENDER (2007) |
| L | Deposition Excerpts of Richard McCaffrey, Unidad Latina en Accion v. U.S. Dep't of Homeland Sec., No. 3:07-cv-1224 (D. Conn. Feb. 5, 2009) (excerpts) |
| M | Email from Hugo R. Martinez to Mark T. Lenox, dated May 5, 2007 (8:12 PM EST) |
| N | Email from John Torres to Timothy S. Robbins, dated June 9, 2007 (9:23 AM EST) |
| O | Email from Richard L. McCaffrey to Scott A. Williams, dated May 9, 2007 (9:28 PM EST) |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2010, in New York, New York.

_____
Jorge G. Tenreiro