UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDUARDO DIAZ-BERNAL, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:09-cv-1734-SRU |
| JULIE MYERS, *et al*. | ) ) | |
| Defendants | ) ) ) | October 25, 2010 |

**EMERGENCY MOTION FOR TEMPORARY STAY OF REMOVAL
OF PLAINTIFF COLALA-PEÑARRETA
<u>AND FOR ORDER TO SHOW CAUSE</u>**

Pursuant to the First and Fifth Amendments, Article III of the U.S. Constitution, this Court's inherent powers, the All Writs Act, 28 U.S.C. § 1651(a), Fed. R. Civ. P. 7(b), and Local R. 7(a)(3), and in the alternative Fed. R. Civ. P. 65(a), (b), and as set forth in their memorandum of law, the declaration of Jason Glick, and accompanying exhibits, all filed herewith, Plaintiffs Colala-Peñarreta and Diaz-Bernal respectfully request that this Court (1) enter a temporary stay of removal of Mr. Colala-Peñarreta and (2) order the Defendant United States to show cause why the stay should not continue until completion of trial in this case.

Mr. Colala-Peñarreta is subject to a final order of removal, which the United States intends to effectuate imminently. On October 13, 2010, counsel for the United States in this case stated that the United States will not defer enforcement of the removal order to allow Mr. Colala-Peñarreta to participate in this action, but instead will seek to carry out his removal in "weeks,

**ORAL ARGUMENT REQUESTED**

not months." By email dated October 17, 2010, counsel for the United States confirmed that "DHS intends to remove Colala in the ordinary course, without regard to the pending litigation."

As set forth more fully in their memorandum of law, Plaintiffs Colala-Peñarreta and Diaz-Bernal make these applications in order to allow Mr. Colala-Peñarreta meaningfully to pursue his meritorious civil rights claims in this litigation, to permit Mr. Colala-Peñarreta to serve as the most important witness for the meritorious claims of at least one other plaintiff, Mr. Diaz-Bernal, and to preserve the integrity of these proceedings before this Court.

Respectfully submitted,

_____/s/_____         Dated: October 25, 2010
Michael J. Wishnie, Esq. (ct27221)
Muneer I. Ahmad, Esq. (ct28109)
Jason Glick, Law Student Intern
Estella Cisneros, Law Student Intern
Rebecca Scholtz, Law Student Intern
Mark Pedulla, Law Student Intern
Alice Hwang, Law Student Intern
Matthew Vogel, Law Student Intern
Jeffrey Chase, Law Student Intern

THE JEROME N. FRANK LEGAL SERVICES ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
Fax: (203) 432-1426


Thomas J. Moloney (ct11765)
Jennifer Gorskie (phv 04154)
Jorge Tenreiro (phv 04153)
Melissa Fernandez
Hedayat Heikal
Aliza Hochman

CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006
(212) 225-2000

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

      I herby certify that on October 25, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                          BY: _____/s/_____
                          Michael J. Wishnie, Esq., Federal Bar No. ct27221

                          JEROME N. FRANK LEGAL SERVICES
                          ORGANIZATION
                          Yale Law School
                          P.O. Box 209090
                          New Haven, Connecticut 06520
                          Phone: (203) 432-4800
                          *Counsel for Plaintiffs*