UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDUARDO DIAZ-BERNAL, ET AL. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:09 CV 1734 (SRU) |
| JULIE MYERS, ET AL. | : | |

NOTICE AND ORDER

    Two circumstances have arisen that warrant disclosure to counsel and the parties in this case: (1) I have hired Ana Muñoz, formerly among the Yale Law School students representing plaintiffs in this case, as a law clerk whose start date is approximately September 1, 2011; and (2) I will teach a course for compensation at the Yale Law School during the spring 2011 semester.  Having made an examination of the particular circumstances of this case, I do not believe that these disclosed facts, either individually or collectively, warrant my recusal from this case.  Accordingly, I do not intend to recuse myself.

    This Notice is intended to provide all parties in the case with sufficient information to evaluate whether to move for my disqualification from this case, and to permit the early filing of any such motion, thereby avoiding the waste of judicial resources that would result from disqualification after I had devoted significant time and attention to this case.  Any party wishing to file such a motion based on the facts set forth in this Notice should do so within twenty days from the docketing of this Notice.  Any party wishing to bring to my attention facts that I have overlooked or about which I may be unaware may do so at any time, but should do so promptly after learning those facts.  Upon receipt of any such motion or additional facts, I will consider the question of recusal anew.

So ordered this 25th day of October 2010 at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge