Civil- (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____  RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____ START TIME: _____ END TIME: _____
LUNCH RECESS  FROM: _____ TO: _____
RECESS (if more than ½ hr)  FROM: _____ TO: _____

CIVIL NO. _____

======================================

_____

                                         J. Glick, M. Wishnie
                                         J. Gorskie, M. Ahmad, M. Vogel

_____
                                         Plaintiff's Counsel
            vs                           A. Gavoor, C. Dempsey

_____

======================================
                                         Defendant's Counsel

**COURTROOM MINUTES- CIVIL**

☐ Motion hearing           ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..    ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____