UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDUARDO DIAZ-BERNAL, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | Civil No. 3:09-CV-1734 (SRU) |
| v. : | |
| : | |
| JULIE MYERS, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## STIPULATION REGARDING DISCLOSURE OF ENROLLMENT
## BY PLAINTIFFS' COUNSEL IN COURSES TAUGHT BY JUDGE UNDERHILL

WHEREAS, Judge Underhill has informed the parties that he will teach a course in complex litigation at Yale Law School in the spring 2011 semester;

WHEREAS students at Yale Law School currently represent Plaintiffs in this action under the Law Student Internship Rules set forth at Local Rule 83.9;

WHEREAS the Defendants believe that Plaintiffs should notify Judge Underhill if any Yale Law School student who represents the Plaintiffs enrolls in the complex litigation course Judge Underhill will teach in the spring 2011 semester, or in any other course Judge Underhill may teach at Yale Law School while he is presiding over this action;

WHEREAS the Defendants also believe that they should be notified should any Yale Law School student who represents the Plaintiffs enrolls in the complex litigation course Judge Underhill will teach in the spring 2011 semester, or in any other course Judge Underhill may teach at Yale Law School while he is presiding over this action;

NOW, THEREFORE, it is hereby stipulated by and between the Plaintiffs and Defendants as follows:

1. Plaintiffs' counsel shall provide notice to the Court and to Defendants' counsel in the event that any law student intern working on *Diaz-Bernal, et al. v. Myers, et al.*, No. 3:09-cv-1734 (D. Conn.), enrolls in Judge Underhill's spring 2011 course at Yale Law School, or any other course that Judge Underhill teaches at Yale Law School while he is presiding over this action.

2. Based on the stipulation contained in paragraph no. 1, the parties further stipulate that no party will file a motion to disqualify Judge Underhill based on the facts noticed in Docket No. 107 or the clarification of those facts by Judge Underhill as stated in open court at the hearing held on October 26, 2010.

November 2, 2010          Respectfully submitted,

  /s/ Michael J. Wishne                           /s/ J. Marcus Meeks
MUNEER I. AHMAD, Fed. Bar No. ct28109      JEAN M. CUNNINGHAM
MICHAEL J. WISHNE, Fed. Bar No. ct27221    J. MARCUS MEEKS
THE JEROME N. FRANK LEGAL                   REGINALD M. SKINNER
SERVICES ORGANIZATION                       Trial Attorneys, Torts Branch
Yale Law School                             UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box. 209090                            CIVIL DIVISION
New Haven, CT 06520                         P.O. Box 7146, Ben Franklin Sta.
Ph: 203-432-4800                            Washington, D.C. 20044
                                            Ph: 202-616-4176
*Counsel for Plaintiffs*
                                            *Counsel for the Individual-Capacity*
                                            *Defendants*


                                              /s/ John A. Woodcock
                                            JOHN A. WOODCOCK
                                            Trial Attorney, Torts Branch
                                            UNITED STATES DEPARTMENT OF JUSTICE
                                            CIVIL DIVISION
                                            P.O. Box 888, Ben Franklin Sta.
                                            Washington DC 20044
                                            Ph: 202-626-4233

                                            *Counsel for the United States*

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 2, 2010, a copy of foregoing Stipulation Regarding Disclosure of Enrollment by Plaintiffs' Counsel in Courses Taught by Judge Underhill was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                     */s/ J. Marcus Meeks*
                                      J. MARCUS MEEKS
                                      P.O. Box 7146, Ben Franklin Sta.
                                      Washington, D.C. 20044
                                      Tel: (202) 616-4176
                                      Fax: (202) 616-4314
                                      marcus.meeks@usdoj.gov