UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIAZ-BERNAL, et al.,<br>            Plaintiffs,<br><br>       v.<br><br>MYERS, et al.,<br>            Defendants. | No. 3:09cv1734 (SRU) |

**CONFERENCE MEMORANDUM**

On November 8, 2010, I held a telephone conference on the record with Jorge Tenreiro, from Clearly, Gottlieb, Steen & Hamilton; Jason Glick, Estella Cisneros, Mark Pedulla, and Rebecca Scholtz, student interns; and Michael Wishnie, supervisory attorney; all representing the plaintiffs.  Also on the call were Reginald Skinner and Marcus Meeks, representing the individual defendants, and Christopher Dempsey, representing the defendant, the United States.  The purpose of the conference was to resolve discovery disputes.

With respect to the supervisory defendants, Julie Myers, John Torres, Bruce Chadbourne, and Jim Martin, I clarified that discovery shall not commence until my ruling on the motions to dismiss has been issued.  Discovery of the raid officers concerning the facts of the raid may continue.

Any interested parties shall submit a brief statement regarding pending interrogatories (and document production requests, if necessary) by Monday, November 15, 2010.  Please attach the specific requests and the specific objections at issue, if any, to those statements.

I also note that Attorney Dempsey has indicated that all pending document requests or privilege logs will be produced by November 15, 2010.

It is so ordered.

Dated at Bridgeport, Connecticut, this 8th day of November, 2010.

                                                        /s/ Stefan R. Underhill
                                                        Stefan R. Underhill
                                                        United States District Judge