UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIAZ-BERNAL, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>MYERS, et al.,<br>    Defendants. | No. 3:09cv1734 (SRU) |

## ORDER CERTIFYING ISSUE FOR IMMEDIATE APPEAL

The ruling on the plaintiffs' emergency motion to stay and petition for writ of habeas corpus *ad testificandum*, doc. 122, is hereby certified for immediate appeal in accordance with 28 U.S.C. § 1292(b). The ruling involves a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal from the order may materially advance the ultimate termination of the litigation.

It is so ordered.

Dated at Bridgeport, Connecticut, this 9th day of December, 2010.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge