# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIAZ-BERNAL et al,   Plaintiffs, | : : : |
| v. | :   CASE NO. 3:09cv1734 (SRU) |
| MYERS, et al,   Defendants. | : : : |

## ORDER CLARIFYING RULING

For the reasons stated on the record at oral argument, the plaintiffs' emergency motion to stay and petition for writ of habeas corpus *ad testificandum* (doc. 122) was treated as a motion for preliminary injunction, and was denied.

It is so ordered.

Dated at Bridgeport, Connecticut this 10th day of December, 2010.

/s/ Stefan R. Underhill
Stefan R. Underhill