UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIAZ-BERNAL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MYERS, et al., )<br>)<br>Defendants. )<br>) | 3:09-cv-1734 (SRU) |

### PLAINTIFFS' NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby voluntarily dismiss the action of <u>Diaz-Bernal, et al. v. Myers, et al.</u>, Case No. 3:09-cv-1734 (SRU), with prejudice, against all Defendants. Pursuant to the Parties' Settlement Agreement, each Party is to bear its own costs, expenses, and fees.

Dated February 13, 2012
New Haven, Connecticut

Respectfully submitted,

/s/ Michael J. Wishnie

Michael J. Wishnie (ct27221)
Muneer I. Ahmad (ct28109)
Jason Parkin (ct28499)
Jason Glick, Law Student Intern
Laura Huizar, Law Student Intern
Mark Pedulla, Law Student Intern
Trudy S. Rebert, Law Student Intern
Matthew Vogel, Law Student Intern

JEROME N. FRANK
LEGAL SERVICES ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800
Fax: (203) 432-1426

1

michael.wishnie@yale.edu

Thomas J. Moloney (ct11765)
Jorge Tenreiro (phv04153)
Ayana Free
Hedayat Heikal
Katherine Currie
Sofia Dolores Martos

CLEARY GOTTLIEB
STEEN & HAMILTON, LLP
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2000

*Counsel for Plaintiffs*